IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| NICHOLAS MARTINSON, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 180256R |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court its Order of Dismissal entered January 8, 2019,

incorporated herein by reference, dismissed Plaintiff's appeal for lack of prosecution. The court

did not receive a statement for costs and disbursements within 14 days after its Order of

Dismissal was entered. *See* Tax Court Rule – Magistrate Division (TCR-MD) 16 C(1). Now,

therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal be dismissed.

Dated this ____ day of February 2019.

_____
RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Decision of Dismissal, file a complaint in the Regular
Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR
97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of this Decision
of Dismissal or this Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Davis and entered on February 5, 2019.*